Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 12–16942–JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph D. O'Brien | Susan M. O'Brien |
| aka Joseph D. O'Brien Jr. | aka Susan Stout |
| 1597 Hainesport–Mt. Laurel Rd. | 1597 Hainesport–Mt. Laurel Rd. |
| Mt. Laurel, NJ 08054 | Mt. Laurel, NJ 08054 |

Social Security No.:
  xxx–xx–5429                             xxx–xx–8998

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 14, 2017</u>             <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court